■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY YOUNG, Appellant. [691 NYS2d 317] —Appeal by the de-

fendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered November 18, 1996, convicting him of criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in or near school grounds, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Leach, J.), of that branch of the defendant's omnibus motion which was to suppress identification evidence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Ritter, J. P., Santucci, Luciano and H. Miller, JJ., concur.